**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**JESUS ARREGUIN SANDOVAL and VICTOR MANUEL RAMIREZ, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,**

**Plaintiffs,**

**-against-**

**LANDRY'S INC., et al.,**

**Defendants.**

---------------------------------------------------------- x

**1:26-cv-06670 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On August 4, 2026, Plaintiffs filed their complaint in this action. On October 13, 2026, Defendants filed a pre-motion conference request for their anticipated motions to dismiss and compel arbitration. Plaintiffs are **ORDERED** to respond to this request by October 28, 2026.

**SO ORDERED.**

**Dated: October 21, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**