**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**JESUS ARREGUIN SANDOVAL and VICTOR MANUEL RAMIREZ, on behalf of themselves, FLSA Collective Plaintiffs, and the Class,**

**Plaintiffs,**

**-against-**

**LANDRY'S INC, MCCORMICK & SCHMICK RESTAURANT CORP. d/b/a MASTRO'S STEAKHOUSE, 675 HUDSON VAULT, LLC d/b/a DOS CAMINOS, and JOHN DOE CORPORATIONS 1-100,**

**Defendants.**

**26-cv-06670 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

Today, November 17, 2027, the Court held a pre-motion conference on Defendants' anticipated motions to compel and dismiss. As discussed, the parties are hereby **ORDERED** to submit a joint status report on **December 1, 2026**. The joint status report should confirm what information has been provided by Defendants to Plaintiffs regarding notice of an arbitration agreement to Plaintiff Sandoval, as well as any other information that may be provided regarding Plaintiff Ramirez. The joint status report should also include an update on settlement negotiations relating to Plaintiff Ramirez. Defendants should also state whether they still intend to file their motion to compel, and if so, as to which Plaintiff(s). Defendants may include their intention to file a motion to dismiss, should their potential motion to compel fail.

**SO ORDERED.**

Dated: **November 17, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**